IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

MARIO GERMAN AZCARATE, #90126-11                          PETITIONER

vs.                              CIVIL ACTION NO. 5:10-cv-24-DCB-JMR

VANCE LAUGHLIN                                            RESPONDENT

ORDER

This cause came on this date to be heard upon the Report and Recommendation of the United States Magistrate Judge, after referral of hearing by this Court, and there being no objections thereto filed by either party, and the Court, having fully reviewed the Report and Recommendation of the United States Magistrate Judge entered in this cause, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of Chief United States Magistrate Judge John M. Roper be, and the same is hereby, adopted as the finding of this Court, and that Petitioner Mario German Azcarate's Petition [1] for Writ of Habeas Corpus be dismissed as moot.

A separate judgment will be entered herein in accordance with this Order as required by Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, this the <u>28th</u> day of February, 2012.

<u>s/David Bramlette</u>
UNITED STATES DISTRICT JUDGE